UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA CHERNIS,<br><br>      Plaintiff,<br><br>v.<br><br>MP BAKER PARK LLC, et al.,<br><br>      Defendants. | Case No. 18-cv-07397-SVK<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 23 |

On December 15, 2019, Plaintiff filed a motion for leave to file a first amended complaint. Dkt. 23. On December 30, 2019, Defendants filed a notice of non-opposition to Plaintiff's motion. Dkt. 24. Accordingly, Plaintiff's motion for leave to file a first amended complaint is hereby **GRANTED.** Plaintiff shall file the amended complaint as a separate docket entry within ten days of this order.

**SO ORDERED.**

Dated: January 2, 2020

                                              SUSAN VAN KEULEN
                                              United States Magistrate Judge