UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA CHERNIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MP BAKER PARK LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-07397-SVK<br><br>**ORDER CONTINUING SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 34 |

On March 19, 2020, the Parties filed a notice of settlement in the instant case (Dkt. 30) and vacated their settlement conference before the Honorable Virginia K. DeMarchi. That same day, the Court issued an Order to Show Cause directing the Parties to file a stipulation of dismissal or a show cause response by May 5, 2020. Dkt. 31. The Court also set an Order to Show Cause hearing for May 12, 2020, which was continued by the Court to May 15, 2020. Dkts. 31, 33. On May 5, 2020, Plaintiff filed a show cause response asking this Court for an additional 45 days to file a stipulation of dismissal. Dkt. 34.

In the nearly two months since the Parties filed their notice of settlement, the Parties have neither executed the settlement agreement nor prepared a dismissal. Dkt. 34. The Court appreciates the challenges presented by the current public health emergency but admonishes the Parties that the civil calendar is proceeding and case deadlines must still be adhered to. The Court will grant a modest extension of the deadline to file a dismissal, but there will be no further extensions. Accordingly, the Court ORDERS the Parties to file a stipulation of dismissal by **June 12, 2020**. The Order to Show Cause hearing is CONTINUED to **June 19, 2020 at 9:30 a.m.**

**SO ORDERED.**

Dated: May 7, 2020

SUSAN VAN KEULEN
United States Magistrate Judge